IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELGENE CORPORATION and ASTELLAS PHARMA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-571 (RGA) **CONSOLIDATED** |
| INNOPHARMA, INC., | ) ) | |
| Defendant. | ) ) | |
| CELGENE CORPORATION and ASTELLAS PHARMA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-1188 (RGA) |
| INNOPHARMA, INC., | ) ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and the Settlement Agreement and License Agreement between Plaintiffs Celgene Corporation and Astellas Pharma Inc. (collectively, "**Plaintiffs**") and Defendant InnoPharma, Inc. ("**InnoPharma**," and together with Plaintiffs, the "**Parties**") dated December 15, 2015 (the "**Agreements**"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action solely with respect to InnoPharma (the "**Action**") are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreements.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN ENERIO LLP |
| */s/ Maryellen Noreika* | */s/ Dominick T. Gattuso* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Maryellen Noreika (#3208) | 300 Delaware Avenue |
| 1201 North Market Street | Suite 200 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 472-7300 |
| (302) 658-9200 | dgattuso@proctorheyman.com |
| jblumenfeld@mnat.com | |
| mnoreika@mnat.com | *Attorney for InnoPharma, Inc.* |

*Attorneys for Plaintiffs Celgene Corporation
and Astellas Pharma Inc.*

SO ORDERED this ____ day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE